IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY TYRRELL,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director, Nebraska Department of Corrections; ROSALYN COTTON, Chair, Nebraska Board of Parole; LAYNE GISSLER, Vice Chair, Nebraska Board of Parole; TERESA L. BITTINGER, Member, Nebraska Board of Parole; VIRGIL J. PATLANSR., Member, Nebraska Board of Parole; and ROBERT W. TWISS, Member, Nebraska Board of Parole;<br><br>    Respondents. | 8:21CV210<br><br><br>**ORDER** |

This matter is before me on Petitioner's Motion for Additional Documents and Extension of Time. (Filing 10.) Petitioner requests that certain documents be included as part of the Designation of State Court Records and also seeks an additional 30 days from the date the additional state court records are received to respond to Respondents' Motion for Summary Judgment (filing 7). Upon consideration,

IT IS ORDERED that:

1. Respondents shall file a reply to Petitioner's motion (filing 10) on or before December 15, 2021. Respondents may attach additional records to their response if they deem appropriate.

2

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **December 15, 2021**: check for Respondents' reply to filing 10.

3. The court will reserve ruling on Plaintiff's motion (filing 10) until Respondents' have an opportunity respond. Petitioner's current deadline of December 6, 2021, to file his brief in opposition to Respondents' summary judgment motion is suspended until further order of the court.

Dated this 1st day of December, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge