IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY TYRRELL,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director, Nebraska Department of Corrections; ROSALYN COTTON, Chair, Nebraska Board of Parole; LAYNE GISSLER, Vice Chair, Nebraska Board of Parole; TERESA L. BITTINGER, Member, Nebraska Board of Parole; VIRGIL J. PATLANSR., Member, Nebraska Board of Parole; and ROBERT W. TWISS, Member, Nebraska Board of Parole;<br><br>　　　　　　　Respondents. | 8:21CV210<br><br><br><br>ORDER |

　　　This matter is before the court on Respondents' Motion to Extend Deadline to File Reply Brief. (Filing 16.) Respondents state that their current deadline to file a reply brief to Petitioner's brief filed on March 1, 2022 is March 8, 2022. *See* NECivR 7.1(c)(1). Respondents ask for an additional 17 days, or until March 25, 2022, to file their reply brief.

　　　Pursuant to the court's progression order (filing 4) entered September 13, 2021, Respondents must file and serve their reply brief no later than 30 days after Petitioner's brief is filed. Thus, Respondents have until March 31, 2022, to file their reply brief. Accordingly,

IT IS ORDERED that:

1. Respondents' Motion to Extend Deadline to File Reply Brief (filing 16) is denied as moot. Respondents have until March 31, 2022 to file their reply brief.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 31, 2022**: Respondents' reply brief due.

Dated this 4th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge